

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00045-CR

ERIC ROBERT KENDRICK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CR-22-28847

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

On August 19, 2024, a Fannin County jury found Eric Robert Kendrick guilty of indecency with a child by sexual contact, and the trial court sentenced him to fifteen years' confinement in prison. *See* TEX. PENAL CODE ANN. § 21.11(d). Kendrick timely filed a motion for new trial on September 18, 2024. Because Kendrick filed a timely motion for new trial, the deadline for filing a notice of appeal was extended from thirty days to ninety days from the date sentence was imposed. *See* TEX. R. APP. P. 26.2(a)(2). Thus, Kendrick's notice of appeal was due on or before November 18, 2024. *See id.*

Kendrick filed his notice of appeal on March 12, 2025, which was well beyond the November 18, 2024, deadline. The Texas Court of Criminal Appeals has expressly held that, without a timely filed notice of appeal, we cannot exercise jurisdiction over an appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton v. State*, 981 S.W.2d 208, 209 n.3 (Tex. Crim. App. 1998) (per curiam).

On March 18, 2025, this Court informed Kendrick of the apparent defect in our jurisdiction and afforded him the opportunity to explain how we have jurisdiction over this appeal. We warned Kendrick that, if he did not respond by April 7, 2025, we would have no choice but to dismiss this matter for want of jurisdiction. Although Kendrick filed a timely response to our March 18, 2025, correspondence, it did not include a satisfactory explanation as to how we have jurisdiction over this appeal.

2

Because Kendrick did not timely perfect his appeal, we dismiss this appeal for want of jurisdiction.

Jeff Rambin
Justice

Date Submitted:    April 3, 2025
Date Decided:    April 4, 2025

Do Not Publish